1 Eric F. Fagan – 87071
2220 Otay Lakes Road, #502-84
2 Chula Vista, CA  91915
Phone : 619-656-6656
3 efagan@efaganlaw.com
Attorney for Plaintiffs
4

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DONITA COOPER, KAELYN COOPER and BRYCON COOPER,<br><br>     Plaintiff,<br><br>v.<br><br>PROFESSIONAL BUREAU OF COLLECTIONS, INC.; LARRY DOE aka LARRY ADAMS; DOE ABC Company, a corporation; DOES 3 through 10, inclusive,<br><br>     Defendants. | Civil Case No.: 2:06-CV-00251 – FCD KJM<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS KAELYN COOPER AND BRYCON COOPER – ONLY.** |

### I.   APPLICATION

Plaintiff hereby applies to this court to dismiss Plaintiffs Kaelyn Cooper and Brycon Cooper in this case.  Good cause exists for dismissal as set forth in the stipulation.

### II.   STIPULATION

Plaintiffs Kaelyn Cooper and Brycon Cooper hereby desire to dismiss their claims against all Defendants.  This dismissal does not effect any of the allegations asserted by Plaintiff Donita Cooper against any Defendants.  Attorneys for both parties stipulate to the dismissal of Plaintiffs Kaelyn Cooper and Brycon Cooper.  In agreeing to this dismissal, defendant Professional Bureau of Collections, Inc. ("PBC") is reserving all rights and not waiving any potential fees or costs.

- 1 –

1   IT IS HEREBY STIPULATED AND AGREED by the following parties in the interests of
2   justice that Plaintiffs Kaelyn Cooper and Brycon Cooper be dismissed from this case.
3   Dated: March 15, 2007

4                                   By _____/s/_____
                                       Theresa M. LaVoie
5                                      Attorneys for Defendant
                                       PROFESSIONAL BUREAU OF COLLECTIONS
6

7
    Dated: March 15, 2007             By: _____/s/_____
8                                      Eric F. Fagan
                                       Attorneys for Plaintiffs
9                                      DONITA COOPER, KAELYN COOPER AND
10                                     BRYCON COOPER

11                                      **ORDER**

12   Pursuant to the stipulation of the parties and good cause appearing therefore, it is ordered that
13   **ONLY** Plaintiffs Kaelyn Cooper and Brycon Cooper be dismissed from this case.
14   IT IS SO ORDERED.
15   DATED: March 15, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE